IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -8 PM 5: 03

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

BENJAMIN JOHNSON,

    Petitioner,

VS.                                                NO. 05-2020-MaV

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the respondent's December 6, 2005, motion requesting an extension of time within which to file a response to the petitioner's second amended motion for relief under 28 U.S.C. § 2255. For good cause shown, the motion is granted. The government shall have additional time to and including January 10, 2006, within which to file a response.

It is so ORDERED this 7th day of December, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02020 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Benjamin Johnson
19553-076
P.O. Box 2099
Pollock, LA 71467--209

Tommy Parker
U.S. ATTORNEY'S OFFICE
167 N. Main, 8th Floor
Memphis, TN 38103

USA
,

Honorable Samuel Mays
US DISTRICT COURT